UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENIS GUEVERA-ALBERTO,

    Defendant.

Case No. 3:14-cr-092

Judge Timothy S. Black
Magistrate Judge Michael J. Newman

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 19)

This case is presently before the Court on the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 19), wherein the Magistrate Judge recommended the Defendant's plea of guilty to Count One of the Information (Doc. 14) be accepted and that Defendant be found guilty as charged on such Count. The parties filed no objections to the Report and Recommendation of the Magistrate Judge, and the time for filing objections expired July 10, 2014.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendation (Doc. 19) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Count One of the Information.

**IT IS SO ORDERED.**

Date: 7/11/14

Timothy S. Black
United States District Judge